AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**MIGUEL ROMERO**
a/k/a Julio Marquez-Vasquez

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 8, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

reenter the United States after having been deported from the United States, without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

in violation of Title **18** United States Code, Section(s) **1326(a)**.

I further state that I am **IMMIGRATION ENFORCEMENT AGENT FREDERICK GREEN**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant
**IMMIGRATION ENFORCEMENT AGENT
FREDERICK GREEN
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement**

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                                                    City and State

_____          _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

My name is Frederick C. Green. I am an Immigration Enforcement Agent employed by Immigration and Customs Enforcement, Department of Homeland Security. I have been employed in this position since March 2004. Since that time, I have received training and experience in researching the status of individuals suspected of returning to the United States illegally after deportation.

According to records maintained by Immigration and Customs Enforcement, Department of Homeland Security, the defendant Miguel Romero, using the name Julio Marquez-Vasquez, was ordered deported from the United States on September 5, 1989. A warrant of deportation issued September 19, 1989. The defendant was deported on September 21, 1989.

On September 8, 2007, the defendant Miguel Romero was found to be in the District of Columbia by the Metropolitan Police Department and arrested. He did not have permission of the Attorney General or the Secretary of Homeland Security to return to the United States.

A fingerprint comparison conducted by the Federal Bureau of Investigation revealed that the defendant Miguel Romero has fingerprints that match those of the individual who identified himself as Julio Marquez-Vasquez who was deported from the United States in 1989.

FREDERICK C. GREEN
IMMIGRATION ENFORCEMENT AGENT


SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF OCTOBER, 2007.


_____
U.S. MAGISTRATE JUDGE