AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MIGUEL ROMERO
a/k/a Julio Marquez-Vasquez

**WARRANT FOR ARREST**

FILED
NOV 05 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 07-523-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Miguel Romero___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter the United States after having been deported from the United States, without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a)__ .

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE

Date and Location: OCT 31 2007, District of Columbia

Bail fixed at $ _No B_   by _DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE_
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/31/07 | Dry Tryck DWM | [signature] |
| DATE OF ARREST | | |
| 11/5/07 | | |