IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff;** ) | |
| ) | |
| v.   ) | Magistrate Case No.: 07-mj-523 (DAR) |
| ) | |
| **MIGUEL ROMERO,** ) | |
| ) | |
| **Defendant;** ) | |

NOTICE OF ASSIGNMENT

    The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER


    By: _____/s/_____
        Carlos J. Vanegas
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20004
        (202) 208-7500